**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

v.            **Case No. 4:15-CR-00233-7 BSM**

**AARON RAY BROWN**                                                   **DEFENDANT**

## ORDER

Aaron Brown's motion to amend the judgment [Doc. No. 371] is granted. *See* Fed. R. Crim. P. 36. Due to a clerical error, the judgment erroneously lists the conviction under 18 U.S.C. § 924(e) and lists the offense as a Class A felony. The judgment should only list the conviction under 18 U.S.C. § 922(g)(1) and should list the offense as a Class C felony. Brown was sentenced correctly, and nothing in this order or the amended judgment should be read as amending his sentence. Further, this order and the amended judgment do not mean Brown is automatically eligible for relief under the First Step Act. He must take that up with the Bureau of Prisons. An amended judgment shall issue.

IT IS SO ORDERED this 18th day of June, 2020.

                                                              /s/ Brian S. Miller
                                                        UNITED STATES DISTRICT JUDGE